FILED

11/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0499

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0499

_____

IN RE THE MATTER OF THE ESTATE OF:

CAL R. NUNN,                                                O R D E R

     Deceased.

_____

Upon consideration of the parties Stipulation and Motion to Dismissal Appeal, and good cause appearing,

IT IS HEREBY ORDERED that the appeal in the above matter is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 25 2024